IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER MASON BOBBITT**  PLAINTIFF
*ADC #656340*

v.                    CASE NO. 4:24-CV-00856-BSM

**MIKE KONADLE,** *et al.*  DEFENDANTS

<u>**JUDGMENT**</u>

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE